No. 61494.—W. C. Sullivan & Co. v. United States, protest 309882–K/8758 (Chicago).

Opinion by LAWRENCE, J.    Since there was nothing before the court tending in any way to overcome the presumption of correctness which attaches to the classification by the collector, the protest was overruled.